AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: 20 Nov 03  11:20 AM |
| NAME OF SERVER (PRINT): Charles W. Towsley | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED
DEC 0 8 2003
Michael N. Milby
Clerk of Court

☒ Other (specify): Left copies thereof at office of Defendant's registered agent, Merrick C. Walton, with a person of suitable age and discretion, namely Linda Sherwood, Mr. Walton's assistant at 808 Travis, Suite 620, Houston, Texas 77002

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2 Dec 03
Date

Signature of Server: Charles W. Towsley

Address of Server: 2016 Main, Suite 606
Houston, Texas 77002

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure