United States District Court
Southern District of Texas
FILED

DEC 1 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS JUAREZ | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-03-186 |
| | * | |
| UNION PACIFIC RAILROAD COMPANY | * * | |

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

COMES NOW UNION PACIFIC RAILROAD COMPANY, Defendant herein, and files this Certificate of Financially Interested Persons and states that, at this time, it is unaware of any persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than Plaintiff Jose Luis Juarez and Defendant Union Pacific Railroad Company

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Joseph A. "Tony" Rodriguez
Attorney-in-Charge
State Bar No. 17146600
Southern District Admissions No. 10107
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEY FOR DEFENDANT,
UNION PACIFIC RAILROAD COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Certificate of Financially Interested Persons was served upon all counsel of record, to-wit:

Gregory W. Allen
12555-A Gulf Freeway
Houston, Texas 77034
Attorney for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the __16th__ day of December, 2003.

_____
Joseph A. "Tony" Rodriguez