UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| JOSE LUIS JUAREZ | § | |
|---|---|---|
| versus | § | Civil Action No. B- -03-186 |
| UNION PACIFIC RAILROAD COMPANY | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a District Judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Joseph A. "Tony" Rodriguez | Defendant, Union Pacific Railroad Company U.P. | 3/16/04 |
| Gregory W. Allen | Plaintiff, Jose Luis Juarez Plaintiff | 3/18/04 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge **Felix Recio** to conduct all further proceedings, including final judgment.

3/23/04
Date

United States District Judge

**NOTE**: *RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.*