## CHAMBERS MINUTES

**Felix Recio, United States Magistrate Judge**
**Southern District of Texas, Brownsville Division**

Law Clerk:   Michael Knisely

United States District Court
Southern District of Texas
FILED

APR 16 2004

Michael N. Milby
Clerk of Court

Date:        April 15, 2004, 2:00 pm
-----------------------------------------------------------------
### C.A. NO.  B03-186 (636(c))
-----------------------------------------------------------------
| JOSE LUIS JUAREZ | * | Gregory W Allen |
| VS | * | |
| UNION PACIFIC RAILROAD CO. | * | Tony Rodriguez |
-----------------------------------------------------------------

### INITIAL PRETRIAL & SCHEDULING CONFERENCE

Attorneys Allen and Rodriguez appeared.

The parties agreed to the docket dates.  A scheduling order will be issued.