IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 4 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE LUIS JUAREZ | * |
| | * |
| VS. | * CIVIL ACTION NO. B-03-186 |
| | * |
| | * |
| UNION PACIFIC RAILROAD | * |
| COMPANY | * |
| | * |

### PLAINTIFF'S FIRST SUPPLEMENTAL RESPONSES TO DEFENDANT'S RULE 26 INITIAL DISCLOSURE

TO: Defendant, **UNION PACIFIC RAILROAD COMPANY**, by and through its attorney of record:

Rodriguez, Colvin & Chaney, L.L.P.
Joseph A. "Tony" Rodriguez
1201 East Van Buren
Brownsville, Texas 78522

Plaintiff, **JOSE LUIS JUAREZ**, by and through its counsel, Greg Allen's office, hereby respond to the following disclosures pursuant to Fed.R.Civ.P. 26(a)(1).

(1) *Initial Disclosures*

  (A)   The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

### DISCLOSURE:

*Mr. Jose Luis Juarez*
*1525 West Grant*
*Harlingen, Texas 78550*
*956-423-0171*

*Gregory W. Allen*
*12555-A Gulf Frwy*
*Houston, Texas 77054*
*281-922-4434*
*281-922-4899 fax*

*Valley Regional Medical*
*P.O. Box 31172*
*Tampa, Florida 33631-1172*
*877-523-8845*

*Emergency Physician Statement*
*The Schumacher Group- TX*
*P.O. Box 2995*
*San Antonio, Texas 78299-2995*
*800-225-0953*

*Dr. Anant K. Utturkar*
*Radiologist*
*P.O. Box 52236*
*McAllen, Texas 78505-2236*
*877-511-5131 or 956-687-5131*

*Dr. Mark Bailey*
*Texas Injury Center*
*1214 Dixieland, Suite 5*
*Harlingen, Texas 78552*

*Jorge Tijmes, M.D.*
*Southern Bone and Joint Center Associates*
*P.O. Box 6209*
*McAllen, Texas 78502*
*956-687-2032*

*320 North McColl, Suite A- physical address*
*McAllen, Texas 78503*

*Dr. Dee L. Martinez*
*Rio Grande Valley Imaging & Diagnostic Center*
*501 B. N. Ed Carey Drive*
*Harlingen, Texas 78550*
*Fax: 956-440-8922*

*McAllen MRI*
*320 North McColl, Suite E*
*McAllen, Texas 78503*
*956- 687-9636*

*Dr. Eric S. Bennos, Radiologist*
*P.O. Box 293115*
*Lewisville, Texas 75029-3115*

*Mr. Joe Loya*
*P.O. Box 53*
*San Benito, Texas 78586*
*956-425-0141*

*Mr. Eric Garza*
*162 Abigail*
*San Benito, Texas 78586*

Respectfully submitted,

Gregory W. Allen
State Bar #01033500
Federal Bar #6166
12555-A Gulf Freeway
Houston, Texas 77034
Telephone 281.922.4434
Facsimile 281.922-4899

**ATTORNEYS FOR PLAINTIFF**
**JOSE LUIS JUAREZ**

## CERTIFICATE OF SERVICE

I certify that on this 9th day of June, 2004, a true and correct copy of the foregoing instrument has been furnished to all counsel of record via certified mail, return receipt requested, regular U.S. Mail, hand delivery or facsimile and addresses as follows:

Mr. Joseph A. "Tony" Rodriguez
1201 East Van Buren, Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 facsimile

_____
Gregory W. Allen