IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LUIS JUAREZ | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-03-186 |
| | * | |
| | * | |
| UNION PACIFIC RAILROAD | * | |
| COMPANY | * | |
| | * | |

## PLAINTIFF'S EXPERT DISCLOSURES

TO:   Defendant, **UNION PACIFIC RAILROAD COMPANY**, by and through its attorney of record:

Rodriguez, Colvin & Chaney, L.L.P.
Joseph A. "Tony" Rodriguez
1201 East Van Buren
Brownsville, Texas 78522

Plaintiff, **JOSE LUIS JUAREZ**, makes these expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2).

### A. Identity of Experts

1.   The following persons may be used at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

*Jorge Tijmes, M.D.*
*Southern Bone and Joint Center Associates*
*P.O. Box 6209*
*McAllen, Texas 78502*
*956-687-2032*

### B. Information from Retained or Specially Employed Experts

2.   The following persons are those whom Plaintiff has retained or specially employed to provide expert testimony or whose duties as Plaintiff's employee regularly involve giving expert testimony:

*Henry David Pearson*
*Railroad Consultants*
*16319 Brookville Drive*

-1-

*Houston, Texas 77059-5403*
*281-486-8398*

3. For each expert, Plaintiff attached the following:

   (a) A report prepared and signed by the expert in compliance with Rule 26(a)(2)(B).

      *Mr. Pearson will have a report within one week from today.*

   (b) A complete statement of all opinions to be expressed and the bases and reasons for them.

      *Mr. Pearson will have a report within one week from today.*

   (c) The data or other information considered in forming the opinions.

      *Mr. Pearson will have a report within one week from today.*

   (d) A description of exhibits to be used as a summary or in support of those opinions.

   (e) A curriculum vitae, resume, or other listing of each expert's qualifications.

   (f) A list of all publications authored by the expert within the last tem years.

   (g) A list of all other cases in which the expert has testified as an expert at trial or by deposition within the last four years.

4. Each expert will be compensated as follows:

Respectfully submitted,

Gregory W. Allen
State Bar #01033500
Federal Bar #6166
12555-A Gulf Freeway
Houston, Texas 77034
Telephone 281/922-4434
Facsimile 281/922-4899

ATTORNEY FOR PLAINTIFF
JOSE LUIS JUAREZ

## CERTIFICATE OF SERVICE

I certify that on this 14th day of June, 2004, a true and correct copy of the foregoing instrument has been furnished to all counsel of record via certified mail, return receipt requested, regular U.S. Mail, hand delivery or facsimile and addresses as follows:

Mr. Joseph A. "Tony" Rodriguez
1201 East Van Buren, Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 facsimile

Gregory W. Allen

# CURRICULUM VITAE

# JORGE E. TIJMES, M.D.

**OFFICE ADDRESS:** 320 N. McColl
McAllen, Texas 78501

**MAILING ADDRESS:** P.O. Box 6209
McAllen, Texas 78502

**OFFICE PHONE:** (956) 687-2032

**OFFICE FAX:** (956) 687-2761

**PLACE OF BIRTH:** Santiago De Chile, S.A.

**CITIZENSHIP:** U.S. Citizen

## EDUCATION

**PRE-MEDICAL:** University of Chile, Santiago de Chile, S.A.

**MEDICAL:** University of Chile, Santiago de Chile, S.A.

**DEGREE:** Medical Doctor

**DATE OF GRADUATION:** May 8, 1968

**INTERNSHIP:** Postgraduate School of Medicine, University of Chile in Orthopaedic Surgery from July 1968 thru July 1970.

**HOSPITAL PRACTICE:** Chief of Orthopaedic Section Regional Hospital, Puerto Montt, July 1970 through March 1973.

**RESIDENCY:** Baylor College of Medicine in Orthopaedic Surgery Program, July 1973 to July 1977.

| | |
|---|---|
| **PRIVATE PRACTICE:** | Affiliated to Del Oro Orthopaedics with Page Nelson, M.D. in Houston, Texas, July 1977 to February 1979. |
| | **SOLO PRACTICE:** South West Memorial Hospital, 7777 Southwest Freeway, #544 Houston, Texas 77074. |
| | Plainview, Texas, January 1, 1991 through March 31, 1991. In McAllen, Texas since July 8, 1991. |
| | **SOLO PRACTICE:** Southern Bone & Joint Center Associates, practice dedicated to spine injuries and general orthopaedics. |
| **FACULTY AT UNIVERSITIES:** | Clinical Instructor at Baylor College of Medicine; 1977 through 1983. |
| | Assistant Professor in orthopaedics at University of Concepcion, Chile, S.A.; 1989 and 1990; working at University of Concepcion-Chile-1989 and 1990. |
| **BOARD CERTIFICATIONS:** | American Board of Orthopaedic Surgery. |
| | American Board of Forensic Medicine. |
| | American Board of Independent Medical Examiners. |
| **MEDICAL SOCIETIES:** *(Past and Present)* | Medical Society of Chile, 1968. |

2

                                                            Chilean Orthopaedic Society; 1973, with thesis, The Operation of Girdlestone and its Biomechanics.

                                                            American College of Emergency Physicians, 1976.

                                                            Harris County Medical Society, 1976.

                                                            Latin American Orthopaedic Society *SLAOT*, 1978.

                                                            Southern Medical Association, 1984.

                                                            Southern Orthopaedic Association, 1984.

                                                            International College of Surgeons, 1981.

                                                            Fellow American Academy of Orthopaedics Surgery *AAOS*, 1994

                                                            Texas Medical Association.

                                                            Texas Orthopaedic Association.

                                                            North American Spine Society.

                                                            Member American College of Forensic Examiners, 1998.

                                                            Member American College of Spine Surgery, 2000.

**PUBLICATIONS:**                      "*Hip Dysplasia in the Province of Llanquihue*", Journal of Pediatrics, September, 1972, Santiago de Chile.

|  |  |
|---|---|
|  | *"Girdlestone Operations and its Biomechanics"*, Orthopaedic Journal, 1974, Santiago de Chile. |
|  | *"Arthroscopy in Acute Shoulder Dislocations"*, South Medical Journal, May 1979, J.E. Tijmes, M.D., H.S. Tullos, M.D., R. Lloyd, M.D. |
| **PAPER PRESENTATION:** | *"Comparative study of "Vibramicin" and other antibiotics in osteomyelitis"* read at Surgery Meeting in Cuyo, Argentina, July 1970. |
|  | *"Hip Dysplasia in the Province of Llanquihue"*, Surgical Pediatric Meeting in Punta Arenas, 1972. |
|  | *"Supracondylar Fractures"*, Panel at Baylor College of Medicine, 1976 |
|  | *"Spine Fractures and its Treatment"*, First Chilean-German Orthopaedic Meeting, 1978, Santiago de Chile, Chile. |
|  | *"Arthography in Acute Shoulder Dislocations"*, First Chilean-Spanish Orthopaedic Meeting, 1979, Vina Del Mar, Chile. |
|  | *"Use of External Fixators in Complicated Trauma of the Upper Extremity"*, Panel of Hand Surgery in XIV Surgical Meeting, 1981, Pucon, Chile. |

|  |  |
|---|---|
|  | *"Cat scans in the Diagnosis of Lumbar Pathology"*, XII SLAOT Meeting, 1983, Chile. |
|  | *"Internal Fixation with Hip Compression Screw in Hip Fractures"*, First Chilean-Canadian Orthopaedic Meeting 1984, Vina Del Mar, Chile |
|  | *"Lumbar Disc Herniation"* XIII Meeting of the Chilean Orthopaedic Society, November 1989. |
| **EXAMINATIONS:** | ECFMG, 1972, #172 729 6 |
|  | Texas State Medical Examination, 1975 E3784. |
|  | American Board of Orthopaedic Surgery, 1979, OSAE; 1984 and 1987. |
|  | American Board of Independent Medical Examiners (ABIME). |
| **SPECIALTY:** | Certificate of Postgraduate School, University of Chile, 1970. |
| **CERTIFICATE:** | Diplomate of American Board of Orthopaedic Surgery. |
| **HONORS:** | Houston Surgical Society Award, 1976. |

5

# HENRY DAVID PEARSON
## 16319 BROOKVILLA DRIVE
## HOUSTON, TEXAS 77059-5403
## (281) 486-8398

## PROFESSIONAL EXPERIENCE

THE ATCHISON, TOPEKA AND SANTA FE RAILWAY                                    1948-1990

TRAINMASTER                                                                  1978-1990

Supervise safe and efficient operation of the railroad on main track and in terminals. Testing and monitoring train, engine and yard employees on all aspects of Railroad Operating Rules, and FRA Code of Federal Regulations including General Rules and Orders, Safety Rules, Radio and Signal Rules and Rules Governing Trains and Engines. Responded to accident investigation and derailments.

TRANSPORTATION INSPECTOR                                                     1970-1972

Responsible for station operations of all minor stations on the AT&SF Southern Division.

SAFETY SUPERVISOR                                                            1970

Organize and implement safety programs for all employees on AT&SF New Mexico Division. Investigated all employee injuries on the New Mexico Division

SPECIAL ASSISTANT TO THE VICE PRESIDENT                                      1977-1979

Operating Department representative on committee evaluating computer operations of eight major railroads in the United States and Canada. This committee recommended computer system used on AT&SF Railway.

## CORPORATE MANAGEMENT

THE GULF AND INTERSTATE RAILWAY OF TEXAS                                     1977-1990

Member of the Board of Directors, Secretary, Treasurer and Auditor, The Gulf and Interstate Railway of Texas.

-1-

### STATION AGENT

Managed major import/export terminal and station. Responding to all phases of operation: rates, accounts, safety and terminal switching. Interfaced with five connecting rail carriers. Supervised trainmen's crew board.

### CHIEF CLERK TO THE AGENT                                    1968-1970

Assisted agent in maintaining accounts and station operations for all stations on AT&SF Slaton Division.

### WAREHOUSE FOREMAN                                            1961-1966

Supervised break bulk facility operation, integrating rail and truckless car load shipments.

## SKILLS AND SPECIAL TRAINING

### LOCOMOTIVE ENGINEER

Licensed to operate a locomotive over all tracks of AT&SF Railway. Hold train service engineers permit on Excursion Trains, Inc.

### OPERATING RULES

Maintained an average score of 98.4% on mandatory test of General Code of Operating Rules.

Versed in the operation of train air brakes, signals, train-track dynamics and overall railroad operations. Skilled in train stop calculations.

### HAZARDOUS MATERIALS HANDLING

Experienced in the handling of hazardous material spills.

Trained in Federal Railroad Administration and Department of Transportation rules and regulations regarding hazardous materials.

### TEXAS LIMITED

Conductor/Engineer on excursion passenger train operating between Houston and Galveston. Operating with two GM/EMD F-7 units and eight passenger cars. 1992 to 1995.

HENRY DAVID PEARSON

List of Cases

1999

Charles W. Lynch vs Southern Pacific. Deposition testimony.
Plaintiff: Gregory W. Allen. Defense Craig D. Tindall
No CV 97-14931. Superior Court State of Arizona. County of Arizona.

Douglas Waskow vs GWI Switching Service. Trial Testimony only.
Plaintiff: Tom L. Pettiette. Degense: Elizabeth Tipton
Cause 54-835. 253 District Court Liberty County, Texas

Roy D. Hughes vs Quantum Chemical Co. Trial testimony.
Plaintiff. Gregory W. Allen. Defense W. David Toney
No. 96-60626. 334 Judicial District Court. Harris County, Texas.

George Blaney vs Burlington Northern Santa Fe. Deposition testimony.
Plaintiff: John T. Papa. Defense Gary K. Berger, Jr.
084-003603. Circuit Court for the City of St. Louis, State of Missouri.

Charlette McKenny et al vs Kansas City Southern & Illinois Central et al.
trial testimony.
Plaintiff. Frank C. Dudenhefer, Jr. Defense Timothy T. Roniger
251-98-000493. Circuit Court of Hines County Mississippi. Third Judicial District.

Jimmie Conley vs Burlington Northern Santa Fe. Deposition
Plaintiff: John T. Peak. Defense The Brasher Law Firm
972-09187. Circuit Court of the City of St Louis, Missouri

Charles W. Lynch vs Southern pacific. Trail testimony
Plaintiff: Gregory W. Allen.. Defense Craig D. Tindall
No CW 97-14931. Superior Court State of Arizona. County of Arizona

W.R. Graham, Jr. vs Illinois Central et:at. Deposition Testimony.
Plaintiff: Jack W. Harang. Defense Tally Firm, New Orleans, La
No 98-3168 US District Court Eastern District of Louisiana.

Delbert Lee Kindle vs Kansas City Southern Railroad. Deposition testimony.
Plaintiff: Gregory W. Allen. Defense Clay M. Steely
Cause No E-159 307 District Court of Jefferson County, Texas 157th
Judicial District.

Ryan Whitten vs Burlington Northern Santa Fe. Deposition testimony
Plaintiff: Bob Fine. Defense
United States District Court for the District of Montana at Missoula.

**HENRY DAVID PEARSON**

List of Cases

2000

Matthew I. Stone vs Atchison, Topeka and Santa Fe. Deposition
Plaintiff: Stephen W. Hanks; Helm, Fletcher, Bowen & Saunders
Defense: T.T. Pridemore; McWharter, Cobb & Johnson
District Court of Noland County, Texas. 32nd Judicial District.

Alanzo Johnson vs Union Pacific Railroad. Deposition testimony.
Plaintiff: John T. Papa, The Callis Law Firm. Granite City, Illinois
Defense: N. J. Lamb; Thompson Coburn. St Louis, Missouri
Circuit Court of the City of St. Louis State of Missouri.

Tracy R. Williams vs Gateway Western Railway. Deposition testimony.
Plaintiff: John T. Papa: The Callis Law Firm. Granite City, Illinois.
Defense: P. R. Brown; Thompson Coburn. St Louis, Missouri
The Circuit Court Twentieth Judicial District, St. Louis County Illinois.

Steve Barber, Jr. vs Kansas City Southern Railway et al.
Plaintiff: John T. Peak. Hubbell, Sawyer, Peak, O'Neal & Napier. Kansas City, MO.
Defense: R. T. Miller. Lathrop & Gage P.C. Kansas City, MO.
The Circuit Court of Jackson County Missouri at Independence MO.

Ronald R. Hampton vs Union Pacific Railroad et al. Deposition testimony.
Plaintiff: Zona Jones; Provest Umphrey.
Defense: Deborah Newman; Phelps Dumbar.
The 260th Judicial Court of Orange County, Texas

Jimmie Rauer vs Burlington Northern Railway. Deposition Testimony.
Plaintiff: Chris H. Leach, Hubbell Sawyer, peark O'Neal & Napier. Kansas City, No.
Defense: William Coates
The District Court of Wyandotte County, Kansas

HENRY DAVID PEARSON

Lis of Cases

2001

Weathersby vs Canadian pacific Railroad. Deposition testimony. Plaintiff: John T. Papa. Defense: Genger Kroll. Daily & Mohan. Circuit Court of Cook County, Illinois. Chicago, IL.

Marti Enterprises, Inc. vs Union Pacific Railroad. Deposition testimony. Plaintiff: A.S. Campbell, Touchstone Law Firm, Dallas, Texas Defense: Michael C. Wright. Winstead, Secjrest, Dallas, Texas District Court Kaufman County, Texas. 86th Judicial District.

HENRY DAVID PEARSON

List of Cases

2002

Pam Wood vs Union Pacific Railroad. Deposition testimony
Plaintiff: Gene C. Napier : Defense Scott Tucker
The United States District Court Western District if Arkansas
Eastern Division.

Charles Weathersby vs Canadian Pacific Railroad. Trial Testimony
Plaintiff: John T. Papa. Defense. Daley & Moham
Circuit Court of Cook County Illinois, Chicago, IL

Gregory L. Logan vs Union Pacific and J&D Hauling
Plaintiff: Grnr Napier. The Hubble Firm, Kansas City, Mo.
Defense: F.C. Ursery. The Friday Firm. Little Rock, Arkansas
U.S. District Court Western District of Arkansas
Deposition and trial.

Ronald Rivera vs Union Pacific et al.
Plaintiff: Jason Keck. The Hubble Firm, Kansas City, MO/
Defense: Steve Napper. Union Pacific, Denver, Co.
District Court, City of Denver, Colorado
Deposition.

Leroy Leingane vs Burlington Northern Santa Fe.  Deposition
Plaintiff: Brad Kendall   Defense Albon O. Head
District Court of Tarrent County, Texas 348 Judicial District.

Frank L. Patterson vs Kansas City Southern railroad.  Deposition
Plaintiff: Rick Holstclaw.  Defense.  Byron A. Bowles
Circuit Court of Jackson County Missouri. at Kansas City.
Cause OICV  293831

# HENRY DAVID PEARSON

## List of cases

### 2003

Monica Rangel et al vs Union Pacific Railway et al/
Plaintiff: Richard Hardy   Defense: William Ballew III
Cause 2001 3197 County Court of Law, El Paso County, Texas


Wade P. Matlock vs Union Pacific Railway.
Plaintiff: Gene C. Napier.. Defense Scott Tucker
Cause 4-01-CV 00463. US District Court Eastern District
of Arkansas..... Deposition

Bradley et al vs CSX Transportation Co.
Plaintiff: Henry Dart.  Defense Marc Williams
In the County Court of Ohio County West Virginia
Deposition testimony