IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LUIS JUAREZ | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-03-186 |
| | * | |
| UNION PACIFIC RAILROAD COMPANY | * * | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, JOSE LUIS JUAREZ, and Defendant, UNION PACIFIC RAILROAD COMPANY, in the above-entitled and numbered cause, appearing by and through their counsel of record, and files this their Stipulation of Dismissal pursuant to Federal Rules of Civil Procedure 41(a).

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, JOSE LUIS JUAREZ, and Defendant, UNION PACIFIC RAILROAD COMPANY, request that the Court enter an Order dismissing all claims against each other, with prejudice, with costs of court to be borne by each Party incurring such costs.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

_____
JOSEPH A. (TONY) RODRIGUEZ
State Bar No. 17146600
Southern District Admissions No. 10107
1201 East Van Buren
Brownsville, Texas 78522
956/542-7441
956/541-2170 Facsimile

ATTORNEYS FOR DEFENDANT, UNION PACIFIC RAILROAD COMPANY

_____
GREGORY W. ALLEN
State Bar No. 01033500
Federal I. D. No. 6022
12555-A Gulf Freeway
Houston, Texas 77034
281/922-4434
281/922-4899 Facsimile
ATTORNEY FOR PLAINTIFF
JOSE LUIS JUAREZ

## CERTIFICATE OF SERVICE

I do hereby certify that on the ___7th___ day of ___September___, 2004, a true and correct copy of the above and foregoing document was served on all counsel of record by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Texas Rules of Civil Procedure.

Gregory W. Allen
12555-A Gulf Freeway
Houston, Texas 77034

_____
Joseph A. "Tony" Rodriguez