IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS JUAREZ | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-03-186 |
| | * | |
| UNION PACIFIC RAILROAD COMPANY | * * | |

## AGREED FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

**BE IT REMEMBERED** that on this ____ day of _____, 2004, came to be heard Plaintiff, JOSE LUIS JUAREZ, and Defendant, UNION PACIFIC RAILROAD COMPANY's Stipulation of Dismissal and the Court being fully advised and after due consideration hereby grants such motion.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** by the Court that the causes of action of Plaintiff, JOSE LUIS JUAREZ, against Defendant, UNION PACIFIC RAILROAD COMPANY, be dismissed with prejudice, with costs of court to be borne by each Party incurring such costs.

SIGNED this the_____ day of_____, 2004.

_____
JUDGE PRESIDING

Copies to:
Gregory W. Allen, 12555-A Gulf Freeway, Houston, Texas 77034
Joseph A. "Tony" Rodriguez, Rodriguez, Colvin & Chaney, LLP; 1201 E. Van Buren, Brownsville, TX 78520