UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS JUAREZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. B-03-186 |
| | § | |
| UNION PACIFIC RAILROAD COMPANY, | § | |
| | § | |
| Defendant. | § | |

## AGREED FINAL JUDGMENT AND
## ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on this 9th day of September, 2004 came to be heard Plaintiff, JOSE LUIS JUAREZ, and Defendant, UNION PACIFIC RAILROAD COMPANY's Stipulation of Dismissal and the Court being fully advised and after due consideration hereby GRANTS such motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the court that the causes of action of Plaintiff, JOSE LUIS JUAREZ, against Defendant, UNION PACIFIC RAILROAD COMPANY, be dismissed with prejudice, with costs of court to be borne by each Party incurring such costs.

SIGNED 09/09/2004

_____
Felix Recio
United States Magistrate Judge